No. 75–5746. VICARI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–5748. MARKOWITZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–5749. CARPENTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5752. LIPSCOMB v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5756. KIPERTS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5757. ZAPATA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5758. SHIVER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5759. NICHOLSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5763. DILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5764. WILLIAMS v. PUTNAM, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 75–5767. ALTENDORF ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–5769. ADAMS v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–5771. McCANTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.